IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3125 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DELFINO VARGAS-BERNAL, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant asserts he can no longer afford counsel. Accordingly, defendant's retained counsel of record, Jon M. Placke, has moved to withdraw and defendant now seeks appointed counsel. (Filing No. 32). The defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1) The motion to withdraw filed by attorney Jon M. Placke, (filing no. 32), is granted. Mr. Placke shall promptly notify the defendant of the entry of this order. The clerk shall delete Mr. Placke from any future ECF notifications herein.

2) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

3) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

4) The clerk shall promptly forward this order to the Federal Public Defender.

5) Counsel for the government shall promptly contact my chambers with a list of all conflicts for this case, the list to be forwarded to the Federal Public Defender.

February 11, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge